UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH TETI )<br>　　　Petitioner, )<br>)<br>v. )<br>)<br>KATHLEEN M. DENNEHY )<br>　　　Respondent. )<br>) | Civil Action No.05-10234-RWZ |

### RESPONDENT'S ASSENTED TO MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE A RESPONSIVE PLEADING

Now comes the Respondent, Kathleen M. Dennehy, with the assent of counsel for the petitioner, and hereby respectfully moves this Court to enlarge the time in which she must answer or otherwise plead until April 8, 2005.  The respondent's responsive pleading is currently due on March 18, 2005.  In support of this motion the respondent states:

　　1.　　This is a federal habeas corpus petition, brought pursuant to 28 U.S.C. §2254, from the petitioner's 1999 Massachusetts conviction for trafficking in cocaine, claiming (1) ineffective assistance of counsel due to an actual conflict of interest; and (2) the violation of his rights to due process and a fair trial resulting from the actual conflict of interest.

　　2.　　The undersigned counsel was assigned this case on March 16, 2005.  Due to the need to review the state court documents, and counsel's other responsibilities in the Attorney General's Office, the respondent will require more time to properly answer the petition.

　　3.　　No previous application has been made to this Court for an enlargement of time to answer or otherwise plead.

**WHEREFORE,** the Respondent requests that this Court enlarge the time in which he must answer or otherwise plead until April 8, 2005.

                                                              Respectfully submitted,

/s/ Eva M. Badway
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824

Dated: March 16, 2005                              BBO # 635431