UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH TETI )<br>    Petitioner, )<br> )<br>v. )<br> )<br>KATHLEEN M. DENNEHY )<br>    Respondent. )<br> ) | Civil Action No.05-10234-RWZ |

## ASSENTED TO MOTION FOR A SCHEDULING ORDER

Now comes the respondent, Kathleen Dennehy, the Commissioner of the Massachusetts Department of Corrections, with the assent of counsel for the petitioner, and hereby respectfully moves this Court to establish May 5, 2005 as the date for the respondent to file a Memorandum of Law in Opposition to the Petition for Habeas Corpus and June 30, 2005 as the date for the petitioner's counsel to file a Reply Memorandum of Law in Support of the Petition for Habeas Corpus.

WHEREFORE, the respondent requests that the Court set May 5, 2005 as the date for the respondent to file a Memorandum of Law in Opposition to the Petition for Habeas Corpus and June 30, 2005 as the date for the petitioner's counsel to file a Reply Memorandum of Law in Support of the Petition for Habeas Corpus.

                                                Respectfully submitted,

                                                THOMAS  F.  REILLY

                                                <u>/s/ Eva M. Badway</u>
                                                Eva M. Badway
                                                Assistant Attorney General
                                                Criminal Bureau
                                                One Ashburton Place
                                                Boston, Massachusetts 02108
                                                (617) 727-2200, ext. 2824
Dated: March 22, 2005                   BBO # 635431