UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Appendix A

|  |  |  |
|---|---|---|
| JOSEPH TETI | ) | |
| Petitioner, | ) | |
|  | ) | |
| v. | ) | Civil Action No.05-10234-RWZ |
|  | ) | |
| KATHLEEN M. DENNEHY | ) | |
| Respondent. | ) | |
|  | ) | |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

### RESPONDENT'S SUPPLEMENTAL ANSWER

1. Docket entries, *Commonwealth v. Teti*, SUCR 1998-10755.

2. Defendant-Appellant's Brief on Appeal, *Commonwealth v. Teti*, 01-P-1181.

3. Defendant-Appellant's Record Appendix on Appeal, *Commonwealth v. Teti*, 01-P-1181.

4. Commonwealth's Brief on Appeal, *Commonwealth v. Teti*, 01-P-1181.

5. *Commonwealth v. Teti*, 60 Mass. App. Ct. 279, 801 N.E.2d 279 (2004).

6. Defendant-Appellant's Application for Further Appellate Review, *Commonwealth v. Teti*, February, 2004.

7. Denial of FAR Application, *Commonwealth v. Teti*, 441 Mass. 1104, 805 N.E. 2d 44(2004).

The original documents are maintained in the case file in the Clerk's office.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

/s/ Eva M. Badway
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824

Dated: March 22, 2005                              BBO # 635431