```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS



JOSEPH TETI,         )
     Petitioner     )
                     )
     v.              )          C.A. # 05-10234
                     )
KATHLEEN DENNEHY     )
     Respondent     )
```

PETITIONER'S CORRECTED ASSENTED TO MOTION TO EXTEND TIME FOR FILING HIS RESPONSE TO THE RESPONDENT'S OPPOSITION TO HIS PEITION PURSUANT TO 28 U.S.C. SEC. 2254

Now come the petitioner, JOSEPH TETI, and respectfully moves this Honorable Court for an Extension of Time for Filing His Response to the Respondent's Opposition to His Petition for Habeas Corpus. As reasons therefore, he states:

1. Defense Counsel and petitioner are currently assessing the effect of the June 20, 2005 decision in Rompilla v. Beard on petitioner's argument.

2. Defense counsel has two appellate briefs due with the First Circuit today, June 30, 2005, in the matter of United States v. John Paul Hansen and United States v. Godfrey Brooks.

1

3. Defense Counsel's husband will be arriving in the United States sometime in the next 24 – 48 hours for two weeks leave, after serving seven months in Iraq. Major Scapicchio has not seen his wife or three young children since November 2004 and the family intends to leave for vacation immediately upon his arrival.

4. Counsel for the United States, Eva Badway, has assented to this Motion.

        Respectfully Submitted,
        JOSEPH TETI
        By His Attorney

        <u>/s/ Rosemary Curran Scapicchio</u>
        Four Longfellow Place
        Suite 3703
        Boston, Massachusetts 02114
        (617) 263-7400
        BBO # 558312