UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOSEPH TETI,              )
    Petitioner         )
                       )
    v.                 )         C.A. # 05-10234
                       )
KATHLEEN DENNEHY          )
    Respondent         )

PETITIONER'S ASSENTED TO MOTION TO EXTEND TIME FOR FILING
HIS RESPONSE TO THE RESPONDENT'S OPPOSITION TO HIS PEITION
PURSUANT TO 28 U.S.C. SEC. 2254

    Now come the petitioner, JOSEPH TETI, and respectfully moves this Honorable Court for a brief Extension of Time for Filing His Response to the Respondent's Opposition to His Petition for Habeas Corpus.  As reasons therefore, he states:

1. Defense Counsel is currently on trial before the District Court for the District of Massachusetts (Young, J.).  This case is expected to go the jury on Friday, September 23, 2005.

2. Counsel for the United States, Eva Badway, has assented to this Motion.

1

3. Counsel requests that this Court extend the time for filing petitioner's brief up to and including Monday, September 26, 2005.

        Respectfully Submitted,
        JOSEPH TETI
        By His Attorney


        /s/ Rosemary Curran Scapicchio
        Four Longfellow Place
        Suite 3703
        Boston, Massachusetts 02114
        (617) 263-7400
        BBO # 558312