```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


JOSEPH TETI,            )
     Petitioner         )
                        )
     v.                 )         C.A. #  05-10234-RWZ
                        )
KATHLEEN DENNEHY        )
     Respondent         )
```

## NOTICE OF APPEAL FROM DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS

Now comes Petitioner/Apellee JOSEPH TETI and hereby notifies this Honorable Court of his intent appeal this Court's August 2, 2006 Judgment denying his petition for writ of habeas corpus in Civil Action 05-10234-RWZ , pursuant to the August 1, 2006 Order of Zobel, J, to the Court of Appeals for the First Circuit. Please note that Petitioner/Appellee JOSEPH TETI has also filed a Motion to Alter or Amend Findings on August 8, 2006.

                                                  Respectfully Submitted,
                                                  JOSEPH TETI
                                                  By His Attorney

                                                  /s/ Rosemary Curran Scapicchio
                                                  Rosemary Curran Scapicchio Four Longfellow Place
                                                  Suite 3703
                                                  Boston, Massachusetts 02114
                                                  (617) 263-7400
                                                  BBO # 558312

Date: September 1, 2006