UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10234

Joseph Teti

v.

Kathleen Dennehy

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/1/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 25, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/25/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10234-RWZ

Teti v. Dennehy
Assigned to: Judge Rya W. Zobel
Case in other court: Suffolk Superior Court, 98-10755 (R-1)
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 02/04/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Joseph Teti**   represented by   **Rosemary C. Scapicchio**
Law Office of Rosemary C. Scapicchio
Four Longfellow Place
37th Floor
Boston, MA 02114
617-263-7400
Fax: 617-742-5761
Email: scapicchio_attorney@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Kathleen Dennehy**   represented by   **Eva M. Badway**
Attorney General's Office
One Ashburton Place
Boston, MA 02108-1698
617-727-2200 x2824
Fax: 671-727-5755
Email: eva.badway@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 § 5, receipt number 61851, filed by Joseph Teti. (Attachments: # 1 Civil Cover Sheet # 2)(Johnson, Jay) (Entered: 02/08/2005) |
| 02/04/2005 | 2 | MEMORANDUM OF LAW by Joseph Teti to 1 Petition for writ of habeas corpus (28:2254). (Johnson, Jay) (Entered: 02/08/2005) |
| 02/04/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Johnson, Jay) (Entered: 03/02/2005) |
| 02/10/2005 |  | Judge Rya W. Zobel : endorsed ORDER entered. ELECTRONIC ENDORSEMENT re 1 Petition for writ of habeas corpus (28:2254) filed by Joseph Teti. Respondent shall file an answer or other responsive pleading by 3/18/05. (Urso, Lisa) (Entered: 02/11/2005) |
| 03/16/2005 | 3 | Assented to MOTION for Extension of Time to April 8, 2005 to TO FILE A RESPONSIVE PLEADING by Kathleen Dennehy.(Badway, Eva) (Entered: 03/16/2005) |
| 03/17/2005 |  | Judge Rya W. Zobel : Electronic ORDER entered granting 3 Motion for Extension of Time to 4/8/05 to answer complaint (Johnson, Jay) (Entered: 03/17/2005) |
| 03/22/2005 | 4 | RESPONSE/ANSWER to *petition for habeas corpus* by Kathleen Dennehy. (Badway, Eva) (Entered: 03/22/2005) |
| 03/22/2005 | 5 | Assented to MOTION assented to motion for a scheduling order by Kathleen Dennehy.(Badway, Eva) (Entered: 03/22/2005) |
| 03/22/2005 | 6 | APPENDIX/EXHIBIT *respondent's supplemental answer* by Kathleen Dennehy. (Badway, Eva) (Entered: 03/22/2005) |
| 03/25/2005 | 7 | NOTICE of Supplemental re 4 Response to Petition for Writ of Habeas Corpus - 2254 by Kathleen Dennehy (not scanned, bound booklet) (Johnson, Jay) (Entered: 03/25/2005) |
| 03/31/2005 |  | Judge Rya W. Zobel : endorsedORDER entered granting 5 Motion for a scheduling order. 5/5/05 for opposition; reply 6/30/05. (Urso, Lisa) (Entered: 04/01/2005) |
| 05/03/2005 | 8 | MEMORANDUM OF LAW by Kathleen Dennehy. (Badway, |

| | | |
|---|---|---|
| | | Eva) (Entered: 05/03/2005) |
| 06/30/2005 | 9 | MOTION for Extension of Time to September 9, 2005 to File Response/Reply as to 8 Memorandum of Law by Joseph Teti. (Scapicchio, Rosemary) Additional attachment(s) added on 7/21/2005 (Johnson, Jay). (Entered: 06/30/2005) |
| 09/12/2005 | 10 | Assented to MOTION for Extension of Time to September 26, 2005 to File Response/Reply as to 4 Response to Petition for Writ of Habeas Corpus - 2254, 8 Memorandum of Law by Joseph Teti.(Scapicchio, Rosemary) (Entered: 09/12/2005) |
| 09/14/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 9 Motion for Extension of Time to File Response/Reply re 9 MOTION for Extension of Time to September 9, 2005 to File Response/Reply as to 8 Memorandum of Law, 10 Assented to MOTION for Extension of Time to September 26, 2005 to File Response/Reply as to 4 Response to Petition for Writ of Habeas Corpus - 2254, 8 Memorandum of Law, granting 10 Motion for Extension of Time to File Response/Reply re 9 MOTION for Extension of Time to September 9, 2005 to File Response/Reply as to 8 Memorandum of Law, 10 Assented to MOTION for Extension of Time to September 26, 2005 to File Response/Reply as to 4 Response to Petition for Writ of Habeas Corpus - 2254, 8 Memorandum of Law Responses due by 9/26/2005 (Urso, Lisa) (Entered: 09/14/2005) |
| 09/21/2005 | 11 | Response/Reply by Joseph Teti to 4 Response to Petition for Writ of Habeas Corpus - 2254. (Johnson, Jay) (Entered: 09/22/2005) |
| 09/23/2005 | 12 | MEMORANDUM OF LAW by Kathleen Dennehy. (Badway, Eva) (Entered: 09/23/2005) |
| 08/01/2006 | 13 | Judge Rya W. Zobel : ORDER entered. MEMORANDUM OF DECISION; The petition for writ of habeas corpus is DENIED.(Urso, Lisa) (Entered: 08/02/2006) |
| 08/02/2006 | 14 | Letter/request (non-motion) from Rosemary Scapicchio regarding attached state court record appendix. (Johnson, Jay) (Entered: 08/03/2006) |
| 08/09/2006 | 15 | MOTION to Amend *or Alter Findings* by Joseph Teti. (Scapicchio, Rosemary) (Entered: 08/09/2006) |
| 09/01/2006 | 16 | NOTICE OF APPEAL by Joseph Teti. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be |

|  |  | downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/21/2006. (Scapicchio, Rosemary) (Entered: 09/01/2006) |
|---|---|---|