UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>JOSEPH TETI</u>
        Petitioner

   V.

<u>KATHLEEN DENNEHY</u>
        Respondent

CIVIL ACTION

NO. <u>06CV10361-RWZ</u>

<u>ORDER OF DISMISSAL</u>

<u>ZOBEL, D. J.</u>

    In accordance with the Court's denial of the petition pursuant to 28 U.S.C.2254 on 8/1/06, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                 By the Court,

<u>10/13/06</u>                           <u>s/ Lisa A. Urso</u>
**Date**                               **Deputy Clerk**