ROSEMARY CURRAN SCAPICCHIO
ATTORNEY AT LAW

FOUR LONGFELLOW PLACE
37TH FLOOR
BOSTON, MASSACHUSETTS 02114

TEL. (617) 263-7400
FAX (617) 742-5761
E-MAIL: SCAPICCHIO_ATTORNEY@YAHOO.COM
WWW.SCAPICCHIOLAW.COM

*FILED IN CLERKS OFFICE*
*2006 DEC -1 P 1: 10*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

December 1, 2006

**VIA HAND DELIVERY**
Mr. Jay Johnson
Clerk to the Honorable Rya W. Zobel
United States District Court
District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

    RE: <u>Joseph Teti v. Kathleen Dennehy</u>
         U.S.D.C. for the District of MA, Docket No. 1:05-cv-10234-RWZ

Dear Mr. Johnson,

    Per the instruction of the First Circuit Court of Appeals, please find enclosed for filing the defendant's Form 4 in support of his Motion for Leave to Proceed In Forma Pauperis.

    Thank you for your attention to this matter. Please do not hesitate to contact me at Attorney Scapicchio's office with questions or concerns.

                                             Sincerely,

                                             Adam J. Foss
                                             Law Clerk

Cc:    Eva M. Badway, AAG (without enclosures)
        Ms. Margaret Carter, 1st Cir. Court of Appeals

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20061129 11:32

Commit#: W66351

Name: TETI, JOSEPH.

Inst: NCCI GARDNER

Block: THOMPSON-1

Cell/Bed: 104/A

Statement From 20060529
To 20061129

Page: 4

FILED
IN CLERKS OFFICE
NCCI GARDNER

2006 DEC -1 P 1:10

U.S. DISTRICT COURT
DISTRICT OF MASS.

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20061109 17:05 | IS - Interest | 7652616 | | GAR | | $0.00 | $0.00 | $4.34 | $0.00 |
| 20061115 21:00 | PY - Payroll | 7690707 | | GAR | ~20061029 To 20061104 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20061115 21:01 | PY - Payroll | 7690706 | | GAR | ~20061029 To 20061104 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20061115 22:30 | CN - Canteen | 7700105 | | GAR | ~Canteen Date: 20061115 | $0.00 | $12.84 | $0.00 | $0.00 |
| 20061121 22:30 | CN - Canteen | 7726000 | | GAR | ~Canteen Date: 20061121 | $0.00 | $15.34 | $0.00 | $0.00 |
| 20061122 21:01 | PY - Payroll | 7729415 | | GAR | ~20061105 To 20061111 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20061122 21:01 | PY - Payroll | 7729416 | | GAR | ~20061105 To 20061111 | $0.00 | $0.00 | $5.25 | $0.00 |

Handwritten: 21.53   54.66   25.94   5.25

$362.83   $342.68   $159.49   $0.00

Balance as of ending date:   Personal $25.85   Savings $706.67

Current Balances:

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $25.85 | $706.67 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20061129 11:32

Page: 3

| Commit#: | W66351 | | | | NCCI GARDNER | | | |
| Name: | TETI, JOSEPH,, | | | | Statement From | 20060529 | | |
| Inst: | NCCI GARDNER | | | | To | 20061129 | | |
| Block: | THOMPSON-1 | | | | | | | |
| Cell/Bed: | 104/A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060913 21:00 | PY - Payroll | 7332443 | | GAR | ~20060827 To 20060902 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060913 21:01 | PY - Payroll | 7332444 | | GAR | ~20060827 To 20060902 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060913 22:30 | CN - Canteen | 7340022 | | GAR | ~Canteen Date: 20060913 | $0.00 | $5.36 | $0.00 | $0.00 |
| 20060920 21:00 | PY - Payroll | 7367682 | | GAR | ~20060903 To 20060909 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060920 21:00 | PY - Payroll | 7367683 | | GAR | ~20060903 To 20060909 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060920 22:30 | CN - Canteen | 7377310 | | GAR | ~Canteen Date: 20060920 | $0.00 | $5.24 | $0.00 | $0.00 |
| 20060927 21:01 | PY - Payroll | 7400616 | | GAR | ~20060910 To 20060916 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060927 21:01 | PY - Payroll | 7400617 | | GAR | ~20060910 To 20060916 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060927 22:30 | CN - Canteen | 7410625 | | GAR | ~Canteen Date: 20060927 | $0.00 | $36.28 | $0.00 | $0.00 |
| 20060928 10:03 | ML - Mail | 7412646 | | GAR | ~TETI, NANCY,, 176.36 $100.00 57.79 $0.00 30.32 $0.00 | | | | $0.00 |
| 20061003 16:45 | IS - Interest | 7433468 | | GAR | | $0.27 | $0.00 | $0.00 | $0.00 |
| 20061003 16:45 | IS - Interest | 7433469 | | GAR | | $0.00 | $0.00 | $4.06 | $0.00 |
| 20061004 21:01 | PY - Payroll | 7455577 | | GAR | ~20060917 To 20060923 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20061004 21:01 | PY - Payroll | 7455578 | | GAR | ~20060917 To 20060923 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20061004 22:30 | CN - Canteen | 7464721 | | GAR | ~Canteen Date: 20061004 | $0.00 | $26.99 | $0.00 | $0.00 |
| 20061011 21:01 | PY - Payroll | 7492647 | | GAR | ~20060924 To 20060930 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20061011 21:01 | PY - Payroll | 7492648 | | GAR | ~20060924 To 20060930 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20061011 22:30 | CN - Canteen | 7501927 | | GAR | ~Canteen Date: 20061011 | $0.00 | $29.34 | $0.00 | $0.00 |
| 20061018 21:01 | PY - Payroll | 7528484 | | GAR | ~20061001 To 20061007 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20061018 21:01 | PY - Payroll | 7528485 | | GAR | ~20061001 To 20061007 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20061018 22:30 | CN - Canteen | 7537800 | | GAR | ~Canteen Date: 20061018 | $0.00 | $14.22 | $0.00 | $0.00 |
| 20061025 21:02 | PY - Payroll | 7562533 | | GAR | ~20061008 To 20061014 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20061025 21:02 | PY - Payroll | 7562534 | | GAR | ~20061008 To 20061014 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20061025 22:30 | CN - Canteen | 7571412 | | GAR | ~Canteen Date: 20061025 21.27 $0.00 87.03 $16.48 25.86 $0.00 | | | | $0.00 |
| 20061101 21:00 | PY - Payroll | 7597684 | | GAR | ~20061015 To 20061021 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20061101 21:00 | PY - Payroll | 7597685 | | GAR | ~20061015 To 20061021 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20061101 22:30 | CN - Canteen | 7606701 | | GAR | ~Canteen Date: 20061101 | $0.00 | $13.88 | $0.00 | $0.00 |
| 20061108 21:01 | PY - Payroll | 7638160 | | GAR | ~20061022 To 20061028 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20061108 21:01 | PY - Payroll | 7638161 | | GAR | ~20061022 To 20061028 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20061108 22:30 | CN - Canteen | 7647472 | | GAR | ~Canteen Date: 20061108 | $0.00 | $12.60 | $0.00 | $0.00 |
| 20061109 17:05 | IS - Interest | 7652613 | | GAR | | $0.53 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20061129 11:32

Page: 2

| Commit# | W66551 | | | NCCI GARDNER | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | TETI, JOSEPH. | | | Statement From | 20060529 | | | |
| Inst: | NCCI GARDNER | | | To | 20061129 | | | |
| Block: | THOMPSON-1 | | | | | | | |
| Cell/Bed: | 104/A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060719 23:00 | PY - Payroll | 7023497 | | GAR | ~20060702 To 20060708 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060719 23:00 | PY - Payroll | 7023498 | | GAR | ~20060702 To 20060708 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060726 22:30 | CN - Canteen | 7054996 | | GAR | ~Canteen Date: 20060726 | $0.00 | $5.51 | $0.00 | $0.00 |
| 20060726 23:00 | PY - Payroll | 7055589 | | GAR | ~20060709 To 20060715 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060726 23:00 | PY - Payroll | 7055590 | | GAR | ~20060709 To 20060715 | $0.00 | $0.00 | $0.00 | $5.25 |
| 20060801 16:44 | IS - Interest | 7082426 | | GAR | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20060801 16:44 | IS - Interest | 7082427 | | GAR | | $0.00 | $0.00 | $3.79 | $0.00 |
| 20060802 22:30 | CN - Canteen | 7104096 | | GAR | ~Canteen Date: 20060802 | $0.00 | $5.51 | $0.00 | $0.00 |
| 20060802 22:30 | PY - Payroll | 7105843 | | GAR | ~20060716 To 20060722 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060802 22:30 | PY - Payroll | 7105844 | | GAR | ~20060716 To 20060722 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060804 13:26 | IC - Transfer from Inmate to Club A/c | 7121185 | | GAR | ~MUSIC PROGRAM-MUSIC AND PERFORMING ARTS - 220-MUSIC AND PERFORMING ARTS - 220 | $0.00 | $16.17 | $0.00 | $0.00 |
| 20060809 22:30 | CN - Canteen | 7143010 | | GAR | ~Canteen Date: 20060809 | $0.00 | $5.34 | $0.00 | $0.00 |
| 20060809 22:30 | PY - Payroll | 7144877 | | GAR | ~20060723 To 20060729 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060809 22:30 | PY - Payroll | 7144878 | | GAR | ~20060723 To 20060729 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060816 22:30 | CN - Canteen | 7179713 | | GAR | ~Canteen Date: 20060816 | $0.00 | $7.21 | $0.00 | $0.00 |
| 20060816 22:50 | PY - Payroll | 7180324 | | GAR | ~20060730 To 20060805 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060816 22:50 | PY - Payroll | 7180325 | | GAR | ~20060730 To 20060805 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060823 22:30 | CN - Canteen | 7212004 | | GAR | ~Canteen Date: 20060823 | $0.00 | $5.04 | $0.00 | $0.00 |
| 20060823 22:30 | PY - Payroll | 7212594 | | GAR | ~20060806 To 20060812 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060823 22:30 | PY - Payroll | 7212595 | | GAR | ~20060806 To 20060812 | $0.00 | $0.00 | $0.00 | $5.25 |
| 20060830 22:30 | CN - Canteen | 7243977 | | GAR | ~Canteen Date: 20060830 | $0.00 | $5.81 | $0.00 | $0.00 |
| 20060830 22:50 | PY - Payroll | 7244599 | | GAR | ~20060813 To 20060819 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060830 22:50 | PY - Payroll | 7244560 | | GAR | ~20060813 To 20060819 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060905 16:52 | IS - Interest | 7272030 | | GAR | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20060905 16:52 | IS - Interest | 7272031 | | GAR | | $0.00 | $0.00 | $4.07 | $0.00 |
| 20060906 22:30 | CN - Canteen | 7295938 | | GAR | ~Canteen Date: 20060906 | $0.00 | $4.06 | $0.00 | $0.00 |
| 20060906 22:50 | PY - Payroll | 7296420 | | GAR | ~20060820 To 20060826 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060906 22:50 | PY - Payroll | 7296421 | | GAR | ~20060820 To 20060826 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060912 09:19 | VI - Visitation | 7324185 | 3747 | GAR | ~MICHAEL A GIANNINA, FINOCCHIO.. | $30.00 | $0.00 | $0.00 | $0.00 |
| 20060912 09:19 | MA - Maintenance and Administration | 7324186 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20061129 11:32

| | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|
| Commit# : | W66551 | | | NCCI GARDNER | | | |
| Name : | TETI, JOSEPH,, | | | Statement From | 20060529 | | |
| Inst : | NCCI GARDNER | | | To | 20061129 | | |
| Block : | THOMPSON-1 | | | | | | |
| Cell/Bed : | 104/A | | | | | | |

*Handwritten: Begin Balance 5.70    547.18*

| | | | | | | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Income | Expense | Income | Expense |
| | | | | | Total Transaction before this Period: | $4,402.11 | $4,676.43 | $3,048.32 | $501.54 |
| 20060531 22:30 | CN - Canteen | 6733307 | | GAR | ~Canteen Date: 20060531 | $0.00 | $5.34 | $0.00 | $0.00 |
| 20060531 23:01 | PY - Payroll | 6733875 | | GAR | ~20060514 To 20060520 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060531 23:01 | PY - Payroll | 6733876 | | GAR | ~20060514 To 20060520 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060606 17:00 | IS - Interest | 6767495 | | GAR | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20060606 17:00 | IS - Interest | 6767496 | | GAR | | $0.00 | $0.00 | $3.28 | $0.00 |
| 20060607 22:30 | CN - Canteen | 6791286 | | GAR | ~Canteen Date: 20060607 | $0.00 | $4.53 | $0.00 | $0.00 |
| 20060607 23:00 | PY - Payroll | 6791770 | | GAR | ~20060521 To 20060527 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060607 23:00 | PY - Payroll | 6791771 | | GAR | ~20060521 To 20060527 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060614 22:30 | CN - Canteen | 6828001 | | GAR | ~Canteen Date: 20060614 | $0.00 | $6.36 | $0.00 | $0.00 |
| 20060614 23:00 | PY - Payroll | 6829446 | | GAR | ~20060528 To 20060603 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060614 23:00 | PY - Payroll | 6829447 | | GAR | ~20060528 To 20060603 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060619 09:42 | ML - Mail | 6847421 | 3716 | GAR | ~MICHAEL & GIANNINA, PINOCCHIO,, | $75.00 | $0.00 | $0.00 | $0.00 |
| 20060619 09:42 | MA - Maintenance and Administration | 6847434 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060621 22:30 | CN - Canteen | 6863404 | | GAR | ~Canteen Date: 20060621 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20060621 23:01 | PY - Payroll | 6863995 | | GAR | ~20060604 To 20060610 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060621 23:01 | PY - Payroll | 6863996 | | GAR | ~20060604 To 20060610 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060628 22:30 | CN - Canteen | 6895858 | | GAR | ~Canteen Date: 20060628 | $0.00 | $3.51 | $0.00 | $0.00 |
| 20060628 23:00 | PY - Payroll | 6896307 | | GAR | ~20060611 To 20060617 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060628 23:00 | PY - Payroll | 6896308 | | GAR | ~20060611 To 20060617 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060705 22:30 | CN - Canteen | 6930695 | | GAR | ~Canteen Date: 20060705 | $0.00 | $34.05 | $0.00 | $0.00 |
| 20060705 23:00 | PY - Payroll | 6931328 | | GAR | ~20060618 To 20060624 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060705 23:00 | PY - Payroll | 6931329 | | GAR | ~20060618 To 20060624 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060711 16:47 | IS - Interest | 6965142 | | GAR | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20060711 16:47 | IS - Interest | 6965143 | | GAR | | $0.00 | $0.00 | $3.43 | $0.00 |
| 20060712 22:30 | CN - Canteen | 6988022 | | GAR | ~Canteen Date: 20060712 | $0.00 | $19.09 | $0.00 | $0.00 |
| 20060712 23:01 | PY - Payroll | 6988397 | | GAR | ~20060625 To 20060701 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060712 23:01 | PY - Payroll | 6988398 | | GAR | ~20060625 To 20060701 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060713 10:38 | IC - Transfer from Inmate to Club A/c | 6997688 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.40 | $0.00 | $0.00 |
| 20060713 10:38 | IC - Transfer from Inmate to Club A/c | 6997689 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $7.10 | $0.00 | $0.00 |
| 20060719 22:30 | CN - Canteen | 7023336 | | GAR | ~Canteen Date: 20060719 | $0.00 | $5.64 | $0.00 | $0.00 |

*Handwritten annotations near row 20060628: 101.26   266?   29.53 ✓*