## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 06-2371

USDC Docket Number : 05-cv-10234

Joseph Teti

v.

Kathleen Dennehy

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

Affidavit to Accompany Motion for Leave to Appeal in Forma Pauperis & endorsed order

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 10, 2007.

Sarah A. Thornton, Clerk of Court

By: _____

Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/10/07.

_____
Deputy Clerk, US Court of Appeals

- 3/06