# United States Court of Appeals
## For the First Circuit

No. 06-2371

JOSEPH TETI,

Petitioner, Appellant,

v.

JAMES BENDER,
ACTING COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION,

Respondent, Appellee.

**JUDGMENT**
Entered: November 8, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of the petition for habeas relief is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/3/07

By the Court:
Richard Cushing Donovan, Clerk

By: Amy Lederer, Appeals Attorney

[cc: Ms. Curran Scapicchio and Ms. Badway.]